UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

F.B.,

                         Plaintiff,                    5:15-cv-00148 (BKS/CFH)

v.

ANDREW SAUL,
Commissioner of Social Security,

                         Defendant.

---

**Hon. Brenda K. Sannes, United States District Judge:**

## ORDER

The parties have advised the Court that the custody matter involving F.B. has been resolved, and that Walter Newman, the father of F.B. has been "granted 'sole legal and physical custody of [F.B.],'" and that F.B. will remain with her father in Oklahoma. (Dkt. No. 94, at 1). Accordingly, it is

**ORDERED** that the stay on the Consent Order to Remand, (Dkt. No. 83, at 2), is lifted; and it is further

**ORDERED** that this matter is remanded to the Agency for further proceedings in accordance with the Consent Order to Remand, (Dkt. No. 83); and it is further

**ORDERED** that the Agency, on remand: shall update its records to reflect the change of custody; shall direct all future communications to F.B.'s sole legal custodian, Walter Newman, or to any representative he duly appoints; and shall cease communicating with Rochelle Coleman a/k/a Rochelle Brooks with respect to any and all claims relating to F.B.

    IT IS SO ORDERED.

Dated: May 19, 2020
       Syracuse, New York

Brenda K. Sannes
U.S. District Judge